176 A.3d 212

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANTONIO DIAZ, DEFENDANT–PETITIONER.

C–385 September Term 2017
080193

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002154–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 213

STATE OF NEW JERSEY, PLAINTIFF, v. KENNETH B. GREEN, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LOUIS ADAMS, DEFENDANT–PETITIONER.

C–370 September Term 2017
079114

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2342/3251–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.